IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Joylene Wagnerowski,<br><br>Plaintiff/Counter-defendant,<br><br>– v. –<br><br>Chase Bank USA, N.A.,<br><br>Defendant/Counterclaimant. | **Case No. 3:18-cv-00854-JD-MGG** |

**NOTICE OF SETTLEMENT AND FOR PERIOD TO FILE DISMISSAL PLEADING**

**NOW COMES**, Plaintiff/Counter-defendant, Joylene Wagnerowski, through her undersigned attorney, and respectfully states and prays:

1. On October 28, 2018, Plaintiff filed the complaint in this case against Chase Bank USA, N.A. (Dkt. 1). After waiver of service, on February 4, 2019, Defendant filed an answer the complaint with a counterclaim (Dkt. 10).

2. The parties reached, in principle, an agreement to settle their respective claims in this case.

3. The parties propose to have executed the necessary documents for the agreement by April 22, 2019, and thereafter file a stipulated dismissal of this case by April 29, 2019.

**Wherefore**, Plaintiff respectfully requests this Honorable Court to allow the parties until April 29, 2019 to file a stipulation dismissing this matter.

Respectfully submitted, on this 8th day of April, 2019.

By: <u>***Carlos C. Alsina***</u>
Carlos C. Alsina-Batista
Admitted *pro hac vice*
**The Law Offices of Jeffrey Lohman, P.C**
4740 Green River Rd., Ste 310
Corona, CA 92880
T: (657) 363-3331

>F: (657) 246-1311
>E: CarlosA@jlohman.com
>Attorneys for Plaintiff, Joylene Wagnerowski

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will notify all parties, through their attorneys of record, including Counsel for **Chase Bank USA, N.A.**, **Brett H. Pyrdek, Arjun Rao** and **David Switzler.**

Dated: April 8, 2019                    RESPECTFULLY SUBMITTED,

>By: */s/ Carlos C. Alsina*
>Carlos C. Alsina-Batista
>*Attorney for Plaintiff, Joylene Wagnerowski*