IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Joylene Wagnerowski,<br><br>   Plaintiff/Counter-defendant,<br><br> – v. –<br><br>Chase Bank USA, N.A.,<br><br>   Defendant/Counterclaimant. | Case No. 3:18-cv-00854-JD-MGG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME**, Plaintiff/Counter-Defendant, Joylene Wagnerowski, and Defendant/Counter-Plaintiff, Chase Bank USA, N.A., through their respective undersigned attorneys and respectfully state and pray:

1. On October 28, 2018, Plaintiff filed the complaint in this case (ECF No. 1).

2. On February 4, 2019, Defendant filed the Counterclaim (ECF No. 10).

3. On April 29, 2019, the parties filed a "Stipulation and Request for Dismissal with Court Retaining Jurisdiction to Enforce Certain Terms of Settlement," requesting that the Court retain jurisdiction until October 31, 2019 to enforce the private settlement agreement's consummation and that the parties' claims be deemed dismissed with prejudice thereafter.

4. Federal Rule of Civil Procedure 41 provides, in relevant part:

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> **(ii) a stipulation of dismissal signed by all parties who have appeared.**
>
> (B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

Fed.R.Civ.P. 41, 28 U.S.C. (emphasis added).

4. The parties consummated their agreements and their respective claims can now be dismissed with prejudice.

5. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties respectfully stipulate to the voluntary dismissal of the entire action, including their respective claims, with prejudice.

**WHEREFORE**, the parties respectfully request this Honorable Court to GRANT the instant request for voluntary dismissal of this action and the parties' respective claims with prejudice, with each party bearing her and its own attorney's fees and litigation costs.

RESPECTFULLY SUBMITTED on November 14, 2019.

>  ***/s/ Carlos C. Alsina***
> Carlos C. Alsina
> Admitted Pro Hac Vice
> *Attorney for Plaintiff, Joylene Wagnerowski*
> Law Offices of Jeffrey Lohman, PC
> 4740 Green River Rd., Ste. 310
> Corona, CA 92880
> T: (657) 363-3331
> E: CarlosA@jlohman.com
>
> STROOCK & STROOCK & LAVAN LLP
> ***/s/ Arjun P. Rao***
> Arjun P. Rao (pro hac vice)
> 2029 Century Park East
> Los Angeles, CA 90067
> arao@stroock.com

        T: (310) 556-5800
        F: (310) 556-5959
        *Attorney for Chase Bank USA, N.A.*

**CERTIFICATION**:

I hereby certify that the foregoing document has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: November 14, 2019

        By: */s/ Carlos C. Alsina*
        Carlos C. Alsina – Admitted *Pro Hac Vice*
        *Attorney for Plaintiff, Joylene Wagnerowski*
        Law Offices of Jeffrey Lohman, PC
        4740 Green River Rd., Ste. 310
        Corona, CA 92880
        T: (657)363-3331
        E: CarlosA@jlohman.com